RUSSELL E. MARSH, ESQUIRE
Nevada Bar No. 11198
WRIGHT STANISH & WINCKLER
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rmarsh@wswlawlv.com
Attorney for Defendant Hudson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CURTIS ANTHONY STAFFORD, JR., ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 2:17-CR-00164-RFB |

**STIPULATION RETURN DEFENDANT'S PASSPORT**

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, Steven W. Myhre, Acting United States Attorney, through Kimberly M. Frayn, Assistant United States Attorney; and Defendant Curtis Anthony Stafford, Jr. ("Mr. Stafford"), by and through his counsel, Russell E. Marsh, Esquire, Wright Stanish & Winckler, that U.S. Pretrial Services return Mr. Stafford's passport to him or his lawyer. In further support of this Stipulation, the parties agree as follows:

1. On June 23, 2017, Mr. Stafford was charged by Information with one count of Attempting to Cause a Domestic Financial Institution to File a False Report, in violation of 31 U.S.C. §§ 5313(a) and 5324(a)(2).

2. Mr. Stafford appeared before this Court on these charges on the same date. He pleaded guilty to the Information, and was released pending sentencing on conditions.

///

3. Mr. Stafford surrendered his passport as one of the conditions of pretrial release. His passport is still being held by U.S. Pretrial Services.

4. Mr. Stafford was sentenced on September 28, 2017. The parties and Court did not address the return of Mr. Stafford's passport at that time.

5. Pretrial Services has indicated that it will only release Mr. Stafford's passport upon a Court Order. The parties agree that Pretrial Services release the passport to Mr. Stafford or his attorney.

6. The Government agrees that the passport be released.

Dated this 11th day of December, 2017.

Respectfully submitted:

| WRIGHT STANISH & WINCKLER | STEVEN W. MYHRE<br>ACTING UNITED STATES ATTORNEY |
|---|---|
| BY  /s/ Russell E. Marsh<br>RUSSELL E. MARSH, ESQUIRE<br>Attorney for Defendant Hudson | BY  /s/ Kimberly M. Frayn<br>KIMBERLY M. FRAYN<br>Assistant U.S. Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CASE NO. 2:17-CR-00164-RFB |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| CURTIS ANTHONY STAFFORD, JR., ) | |
| Defendant. ) | |

Based on the Stipulation between Defendant, Curtis Anthony Stafford, Jr., and the Government, through counsel, and good cause appearing,

IS IT HEREBY ORDERED that U.S. Pretrial Services shall release Mr. Stafford's passport. The passport shall be released to Mr. Stafford or his attorney upon request.

IT IS SO ORDERED.

DATED: January 9, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge